THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INTEGRITY AUTO, INC. <br>                 Plaintiff, <br>    v. <br><br> INTEGRITY AUTOMOTIVE; CHRIS JOHNSON; ANGELA JOHNSON, <br><br>              Defendants. | No.  C04-5613 RBL <br><br> STIPULATION AND FINAL JUDGMENT |

## I.STIPULATION

Come now Plaintiff Integrity Auto, Inc., by and through its counsel of record, Kurt M. Rylander of Rylander & Associates, PC, and Defendants Integrity Automotive of Vancouver and Chris and Angela Johnson, by and through their attorney Jason M. Whalen of Eisenhower & Carlson, PLLC, and stipulate to the entry of a final judgment in this matter permanently enjoining the Defendants from directly or indirectly using the names INTEGRITY AUTOMOTIVE, INTEGRITY AUTOMOTIVE OF VANCOUVER and/or INTEGRITY AUTO in relation to Defendants' marketing, sale, and/or description of Defendant's business, services, or products.  The parties further stipulate that all other claims between the parties are to be dismissed with prejudice, with each side to bear its own fees and costs.

**RYLANDER
& ASSOCIATES PC**
406 West 12th Street
Vancouver, WA 98660
(360) 750-9931

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Approved, stipulated, and agreed to

RYLANDER & ASSOCIATES PC

By: /s/ Kurt M. Rylander     \     10/7/05
Kurt M. Rylander          Date
WSBA # 27819
406 West 12th Street
Vancouver, WA 98660
Tel: (360) 750-9931
Of Counsel to Plaintiff

Approved, stipulated, and agreed to

EISENHOWER & CARLSON

By: /s/ Jason Whalen     \     10/7/05
Jason Whalen          Date
WSBA # 22195
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Attorney for Defendants

## II. ORDER AND FINAL JUDGMENT

The Court having jurisdiction over the claims and parties, and having reviewed the record in this case and the above Stipulation by the parties, hereby ORDERS AND DECREES as follows:

1.    Defendants are PERMANENTLY ENJOINED  from using the names INTEGRITY AUTOMOTIVE, INTEGRITY AUTOMOTIVE OF VANCOUVER and/or INTEGRITY AUTO in relation to Defendants' marketing, sale, and/or description of Defendant's business, services, or products;

2.    All other claims between the parties are DISMISSED WITH PREJUDICE; and

3.    Each party is to bear its own fees and costs.

ENTERED THIS 11th day of October, 2005

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE



1

2

3

Presented by:

4

RYLANDER & ASSOCIATES PC

5

By: /s/ Kurt M. Rylander    \  10/7/05
Kurt M. Rylander            Date
WSBA # 27819

6

406 West 12th Street

7

Vancouver, WA 98660
Tel: (360) 750-9931

8

Of Counsel to Plaintiff

9

Notice of presentation waived; approved

10

as to form by:

11

EISENHOWER & CARLSON

12

By: /s/ Jason Whalen      \  10/7/05
Jason Whalen               Date

13

WSBA # 22195
1200 Wells Fargo Plaza

14

1201 Pacific Avenue
Tacoma, WA 98402

15

Attorney for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

