THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INTEGRITY AUTO, INC.<br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>INTEGRITY AUTOMOTIVE; CHRIS JOHNSON; ANGELA JOHNSON,<br><br>　　　　　　　　　　Defendants. | No. C04-5613 RBL<br><br>STIPULATION AND FINAL JUDGMENT |

### I. STIPULATION

Come now Plaintiff Integrity Auto, Inc., by and through its counsel of record, Kurt M. Rylander of Rylander & Associates, PC, and Defendants Integrity Automotive of Vancouver and Chris and Angela Johnson, by and through their attorney Jason M. Whalen of Eisenhower & Carlson, PLLC, and stipulate to the entry of a final judgment in this matter permanently enjoining the Defendants from directly or indirectly using the names INTEGRITY AUTOMOTIVE, INTEGRITY AUTOMOTIVE OF VANCOUVER and/or INTEGRITY AUTO in relation to Defendants' marketing, sale, and/or description of Defendant's business, services, or products.  The parties further stipulate that all other claims between the parties are to be dismissed with prejudice, with each side to bear its own fees and costs.



| | |
|---|---|
| Approved, stipulated, and agreed to | Approved, stipulated, and agreed to |
| RYLANDER & ASSOCIATES PC | EISENHOWER & CARLSON |
| By: /s/ Kurt M. Rylander    \   10/7/05<br>Kurt M. Rylander          Date<br>WSBA # 27819<br>406 West 12th Street<br>Vancouver, WA 98660<br>Tel: (360) 750-9931<br>Of Counsel to Plaintiff | By: /s/ Jason Whalen     \   10/7/05<br>Jason Whalen             Date<br>WSBA # 22195<br>1200 Wells Fargo Plaza<br>1201 Pacific Avenue<br>Tacoma, WA 98402<br>Attorney for Defendants |

## II. ORDER AND FINAL JUDGMENT

The Court having jurisdiction over the claims and parties, and having reviewed the record in this case and the above Stipulation by the parties, hereby ORDERS AND DECREES as follows:

1. Defendants are PERMANENTLY ENJOINED from using the names INTEGRITY AUTOMOTIVE, INTEGRITY AUTOMOTIVE OF VANCOUVER and/or INTEGRITY AUTO in relation to Defendants' marketing, sale, and/or description of Defendant's business, services, or products;

2. All other claims between the parties are DISMISSED WITH PREJUDICE; and

3. Each party is to bear its own fees and costs.

ENTERED THIS 11th day of October, 2005

/s/ Ronald B. Leighton

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE



1
2
3  Presented by:

4  RYLANDER & ASSOCIATES PC

5  By: /s/ Kurt M. Rylander      \   10/7/05
   Kurt M. Rylander              Date
   WSBA # 27819
6  406 West 12th Street
   Vancouver, WA 98660
7  Tel: (360) 750-9931
   Of Counsel to Plaintiff
8

9  Notice of presentation waived; approved
   as to form by:
10
   EISENHOWER & CARLSON
11

12 By: /s/ Jason Whalen      \   10/7/05
   Jason Whalen              Date
13 WSBA # 22195
   1200 Wells Fargo Plaza
14 1201 Pacific Avenue
   Tacoma, WA 98402
15 Attorney for Defendants

16
17
18
19
20
21
22
23
24
25
26
27

